UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ADAM R. HENDRON,

          Petitioner,

v.

STATE OF WASHINGTON,

          Respondent.

Case No. C19-6228-RJB-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the report and recommendation (no objection was filed), the petition for writ of federal *habeas corpus* relief, and the remaining record, hereby finds and ORDERS:

(1)    the Magistrate Judge's report and recommendation is approved and adopted;

(2)    petitioner's federal habeas corpus petition is DISMISSED WITH PREJUDICE; and

(3)    a certificate of appealability is DENIED; and

(4)    the Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

Dated this 28th day of May, 2020.

_Robert J. Bryan_ (signature)
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2